UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL (MYSHIELL) E. JACQUES,<br><br>Plaintiff,<br><br>v.<br><br>L. O'BRAIN, et al.,<br><br>Defendants. | No. 2:25-cv-0826 AC P<br><br><br>ORDER |

On March 30, 2026, defendant filed a motion to dismiss or alternatively to revoke plaintiff's in forma pauperis status. ECF No. 15. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion to dismiss or alternatively to revoke her in forma pauperis status, or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: May 11, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE