UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL (MYSHIELL) E. JACQUES,

Plaintiff,

v.

L. O'BRAIN,

Defendant.

No. 2:25-cv-0826 DC AC (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 15, 17)

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 17. Neither party filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 17) are ADOPTED;
2. This action is DISMISSED without prejudice pursuant to Federal Rule of Civil

Procedure 41(b);

3. Defendant's motion to dismiss (ECF No. 15) is DENIED as having been rendered moot; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 28, 2026**

Dena Coggins
United States District Judge